UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| KEITH LAVON COOPER, JR.,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.: 3:19-cv-00309-J-39MCR<br>) |
| FLORIDA DEPARTMENT OF CORRECTIONS,<br>BAKER COUNTY, Sergeant MASSEY,<br>Officer SAILEE, Officer DOE TA,<br>Warden EARL REITZ, Jr., HORIZON HEALTH<br>JOHN DOE OFFICER 1-10,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED APPEARANCE

**COMES NOW** the undersigned counsel for the Plaintiff, Kevin L. Cooper, and files this Notice of Appearance as co-counsel to The Gregory Law Firm for the Plaintiff until December 11, 2020. All further correspondence and pleadings should be copied and forwarded to the undersigned until 12/11/2020, whereas, Mr. Rodney G. Gregory, Esq., will return as attorney of record.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the Clerk of Court by using the CM/ECF system, which will send notice of filling to all counsel of record on this ___23rd___ day of November, 2020.

THE LAW FIRM

_/s/ Gerald Stewart_

**GERALD STEWART, ESQUIRE**
Florida Bar No.: 285412
3840 Crown Point Rd., Suite B
Jacksonville, FL 32257
Ph: (904) 398-0012
Fax: (904) 398-5131
stewartlaw7272@gmail.com
service@gregorylawfirm.net
**ATTORNEY FOR PLAINTIFF**