UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEITH LAVON COOPER, JR.,  )
    Plaintiff,  )
  )
v.  ) Civil Action No.: 3:19-cv-00309-J-39MCR
  )
FLORIDA DEPARTMENT OF CORRECTIONS,  )
BAKER COUNTY, Sergeant MASSEY,  )
Officer SAILEE, Officer DOE TA,  )
Warden EARL REITZ, Jr., HORIZON HEALTH  )
JOHN DOE OFFICER 1-10,  )
    Defendants.  )

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF DISCLOSURE OF EXPERT REPORTS

**COMES NOW** the undersigned counsel for the Plaintiff, **Keith Lavon Cooper, Jr.** and files this Request for Extension of Time to File Notice of Disclosure of Expert Reports and states as follows:

1. There are discovery requests due from Defendants that remains outstanding and Plaintiff is in need of this information to properly identify appropriate experts on behalf of Plaintiff.

2. The Plaintiff's deposition is currently set for Tuesday, February 9, 2021.

3. Mediation in this matter is scheduled to be completed before March 15, 2021.

WHEREFORE, Plaintiff respectfully requests an extension of thirty (30) days, March 3, 2021, in order to properly identify experts on behalf of Plaintiff and gather experts' reports, if any. Further, that Defendants' Disclosure of Expert Reports be extended until March 18, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the Clerk of Court by using the CM/ECF system, which will send notice of filing to all counsel of record on this 1st day of February, 2021.

THE GREGORY LAW FIRM

/s/ Rodney G. Gregory

**Rodney G. Gregory, Esquire**
Florida Bar No.: 0288561
3840 Crown Point Rd., Suite B
Jacksonville, Florida 32207
rod@gregorylawfirm.net
service@gregorylawfirm.net
(904) 398-0012 – telephone
(904) 398-5131 – facsimile
Attorney for the Plaintiff